UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEWANDA PRICE, )
)
Plaintiff, )
)
v. ) Case: 1:17-cv-00704 (F-Deck)
) Assigned To : Unassigned
U.S. DEPARTMENT OF EDUCATION, *et al.*, ) Assign. Date : 4/18/2017
) Description: Pro Se Gen. Civil
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, such that they can prepare a responsive answer, prepare an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Given the rambling and fanciful nature of the plaintiff's factual allegations, the Court cannot identify a basis for its jurisdiction, a viable legal claim, or a reason to award punitive damages of $200 trillion. The complaint fails to meet the standard set forth in Rule 8(a) and, therefore, it will be dismissed without prejudice. An Order is issued separately.

DATE:

Apr. 11, 2017

United States District Judge

J. Boasberg